UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REMOI CAMPBELL,

    Petitioner,

v.                  Case No: 2:24-cv-153-JES-KCD

STATE OF FLORIDA,

    Respondent.

_____

**OPINION AND ORDER**

    This matter comes before the Court on Petitioner Remoi Campbell's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. #1). Campbell is serving a prison sentence in the Florida Department of Corrections. He regularly files frivolous papers containing personal, stream-of-consciousness musings rather than legal claims. His latest Petition is no exception. Even under the most liberal reading, nothing in Campbell's Petition could be construed as an arguable ground for habeas relief. Because Campbell is plainly not entitled to habeas relief based on any claim in the Petition, the Court will dismiss it. See Section 2254 Rule 4 ("If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition[.]"

    Accordingly, it is hereby

    **ORDERED:**

Petitioner Remoi Campbell's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. #1) is **DISMISSED**. The Clerk is **DIRECTED** to terminate any pending motions or deadlines, enter judgment, and close this case.

**DONE and ORDERED** at Fort Myers, Florida, this __23rd__ day of February 2024.

                                                   _/s/ John E. Steele_
                                                 JOHN E. STEELE
                                                 SENIOR UNITED STATES DISTRICT JUDGE

SA: FTMP-1

Copies:
Pro se Petitioner